IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEX ARROYO, ID # 07043291, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:07-CV-1815-M |
| | ) | ECF |
| IRMA ATLANIS, | ) | |
|     Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judg dated December 21, 2007, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff does not state a federal claim, since his sister is not a "state actor" as is required by 42 U.S.C. § 1983. The Court declines to exercise jurisdiction over any state defamation claim Plaintiff might assert.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED this 30th day of January, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS